IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROLAND WALKER STILLMAN,

    Plaintiff,                          CV F 05 1214 AWI WMW   P

    vs.                                    ORDER

AVENAL STATE PRISON, et al.,

    Defendants.

On August 1, 2006, findings and recommendations were entered, recommending that this action be dismissed for failure to state a claim. On August 7, 2006, Plaintiff filed a notice of change of address. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office is directed to re-serve the August 1, 2006, findings and recommendation upon Plaintiff at his address of record.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

**Dated:**   **September 1, 2006**              /s/ **William M. Wunderlich**
mmkd34                                     UNITED STATES MAGISTRATE JUDGE